JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-5000RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| KENNY CAMPOS-ARROYO, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Ex-Parte, Sealed Affidavit of Counsel, NOW THEREFORE,

IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender, Linda R. Sullivan, are permitted to withdraw as defense counsel in these matters, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 25th day of January, 2013.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge

Presented by:
*s/ Linda R. Sullivan*
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL